IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>    v.<br><br>HERBERT K. SUDFELD, JR.,<br><br>            Defendant,<br><br>    and<br><br>MARY JO SUDFELD,<br><br>            Relief Defendant. | Civil Action No. 15-cv-3939<br><br>Jury Trial Demanded<br><br>**FILED**<br>AUG 1 9 2016<br>LUCY V. CHIN, Interim Clerk<br>By _____ Dep. Clerk |

**ORDER**

The Court having held a conference in this case, it is hereby **ORDERED**:

    1.    The existing stay is lifted and the SEC may file the Consent and Proposed Judgment in which Mr. Sudfeld has consented to full disgorgement and injunctive relief;

    2.    On or before November 16, 2016, the SEC shall notify the Court by letter or an appropriate filing whether it intends to seek a penalty against Mr. Sudfeld and whether the claim against Mrs. Sudfeld will be dismissed; and

    3.    All other deadlines are stayed pending further Order from the Court.

                                                                       Honorable Cynthia M. Rufe, U.S.D.J.

Dated: August 18, 2016